Mercantile Credit Company, Appellant, v. Michael Richman et al.,
Appellees.

### Gen. No. 17,522.

APPEALS AND ERRORS—*final orders.*   Orders quashing a writ °of
*capias ad respondendum* and discharging defendant's bail, and over-
ruling motion to impose terms in connection with the order quash-
ing the *capias,* are not final and appealable.

Appeal from the Circuit Court of Cook county; the HON. THOMAS
G. WINDES, Judge, presiding.   Heard in the Branch Appellate Court
at the March term, 1911.   Appeal dismissed.   Opinion filed October
22, 1912.

FRANK SCHOENFELD, for appellant.

SAMUELS & SAMUELS, for appellees.

MR. JUSTICE F. A. SMITH delivered the opinion of
the court.

In this case a *capias ad respondendum* was issued
for the arrest of appellees, defendants.   On their mo-
tion the court entered an order quashing the writ and
discharging the bail of defendants.   Appellant prose-
cutes this appeal from that order, and from orders
overruling its motion for leave to file an amended affi-
davit for *capias* and its motion for the imposition of

terms in connection with the order quashing the *capias.*

The orders appealed from are not final. Appeals lie from final orders, judgments and decrees only, except in cases specially provided for by statute. The record discloses no final judgment in the case. The motion of appellees to dismiss the appeal is sustained. Fitzsimmons v. Giddings, 89 Ill. App. 434; Farson v. Gorham, 117 Ill. 137.

*Appeal dismissed.*